*Filed in open court 2/3/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Complaint No. 06-18-MPT |
| ARTEMIO DIAS-BRAVO, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

        \_\_\_ Crime of violence (18 U.S.C. § 3156)

        \_\_\_ Maximum sentence life imprisonment or death

        \_\_\_ 10+ year drug offense

        \_\_\_ Felony, with two prior convictions in above categories

        _X_ Serious risk defendant will flee

        \_\_\_ Serious risk obstruction of justice

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        _X_ Defendant's appearance as required

        \_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

DATED this 3rd day of February, 2006.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

By: _/s/ Adam Safwat_
    Adam Safwat
    Assistant United States Attorney